1  ALLAN B. GELBARD, ESQ.
   THE LAW OFFICES OF ALLAN B. GELBARD
2  15760 Ventura Boulevard, Suite 801
   Encino, CA 91436
3  Tel:(818)386-9200
   Fax:(818)386-9289
4  Bar # 184971

5  Attorney for Plaintiff
   The Stockroom, Inc.

6

7
                 UNITED STATES DISTRICT COURT FOR THE
8
                     CENTRAL DISTRICT OF CALIFORNIA
9

10                   SACV08-1049 

11  THE STOCKROOM, INC., a California          CASE NO:
    corporation,
12
                    Plaintiff                  PLAINTIFFS COMPLAINT FOR
13                                             FEDERAL UNFAIR
    vs.                                        COMPETITION (15 U.S.C. § 1125);
14                                             FEDERAL TRADEMARK
    SERGE BRONSTEIN, an individual;            INFRINGEMENT (15 U.S.C. § 1117
15  JENNY LANDIS PRODUCTIONS, a                et seq.); FEDERAL COPYRIGHT
    business entity of unknown form;           INFRINGEMENT (17 U.S.C. § 501
16  WWW.JTOUTLET.COM, a business               et seq.); STATE UNFAIR
    entity of unknown form; and DOES 1-        COMPETITION (Ca. B&P § 17200
17  10, INCLUSIVE,                             et seq.); DILUTION;
                                               ACCOUNTING; INJUNCTIVE
18                  Defendants                  RELIEF.

19                                             DEMAND FOR JURY TRIAL

20

21

22

23       Plaintiff The Stockroom, Inc., a California corporation, by and through their

24  attorney Allan B. Gelbard, Esq., file their Complaint against defendants Serge

25  Bronstein, an individual; Jenny Landis Productions, a business entity of unknown

26  form; www.JTOutlet.com, a business entity of unknown form; and DOES 1-10,

27  Inclusive, and allege as follows:

28

ALLAN B. GELBARD, ESQ.
15760 Ventura Boulevard, Suite 801 Encino, CA 91436
Tel (818)386-9200 • Fax (818)386-9289

## JURISDICTION

1.      This action arises under 17 U.S.C. § 101, *et seq* (the Copyright Act of 1976), and 15 U.S.C. § 1051, *et seq* (the Lanham Trademark Act of 1946). Therefore, this Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338  as well as supplemental jurisdiction over the additional state and federal causes of action pursuant to 28 U.S.C. § 1367(a).

## VENUE

2.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).

## PARTIES

3.      Plaintiff  The Stockroom, Inc.("Stockroom" or "Plaintiff"), is a California corporation having its principal place of business at 2807 W. Sunset Blvd., Los Angeles, California.

4.      Plaintiff is informed and believes and thereupon alleges that defendant Serge Bronstein ("Bronstein") is an individual residing in Fullerton, California.

5.      Plaintiff is informed and believes and thereupon alleges that defendant JENNY LANDIS PRODUCTIONS (hereinafter "JLP"), is a business entity of unknown form, with its domicile and principal place of business in Fullerton, California which does business in California and throughout the United States. Plaintiff presently believes that JLP is a sole proprietorship and an alter ego of Bronstein.

ALLAN B. GELBARD, ESQ.
15760 Ventura Boulevard, Suite 801 Encino, CA 91436
Tel (818)386-9200 - Fax (818)386-9289

The Stockroom, Inc., v. Bronstein, et al
Complaint for Damages

ALLAN B. GELBARD, ESQ.
15760 Ventura Boulevard, Suite 801 Encino, CA 91436
Tel (818)386-9200 - Fax (818)386-9289

6.    Plaintiff is informed and believes and thereupon alleges that defendant www.JTOutlet.com (hereinafter "JTO"), is a business entity of unknown form, with its domicile and principal place of business in Fullerton, California which does business in California and throughout the United States.  Plaintiff presently believes that JTO is a sole proprietorship and an alter ego of Bronstein.

7.    Plaintiff is informed and believes and thereupon alleges that Defendant DOES 1-10, Inclusive are the true legal names of additional individuals and/or entities who's actions are at issue herein.  Plaintiff does not know the true name or capacity of the Defendants sued herein as DOES 1-10 and therefore sues said Defendants by such fictitious names. Plaintiff is informed and believes and thereon alleges, that DOES 1-10 are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as hereinafter alleged were proximately caused by the acts of such Defendants, and each of them.

8.    Plaintiff is informed and believes and thereupon alleges that DOES 1-10 personally authorised, controlled and/or assisted defendants Bronstein, JLP and/or JTO in their unlawful activities alleged herein.

9.    Plaintiff is informed and believes and thereupon alleges that at all times herein relevant,  Defendants and each of them, were the agents, servants and employees of their Co-Defendants and were acting and conspiring both individually and within the scope of such agency, service and employment while performing the acts complained of herein.

10.    Plaintiff is informed and believes and thereupon alleges that at all times relevant hereto:

The Stockroom, Inc., v. Bronstein, et al
Complaint for Damages

A)    That Bronstein and one or more of the Doe defendants dominated, influenced and controlled JLP and JTO.

B)    That JLP and JTO are, and at all times relevant hereto were, mere shells and naked frameworks which Bronstein, and one or more of the Doe defendants, used as conduits for his/her/their personal business, property and affairs.

C)    That there is such a unity of interest and ownership between Bronstein and one or more of the Doe defendants (on the one hand) and JLP and/or JTO (on the other hand) that the separateness of JLP and/or JTO as entities either never existed or has ceased.

D)    That adherence to the fiction of the separate corporate existence of JLP and/or JTO would, under the circumstances, sanction a fraud and promote injustice.

E)    That JLP and JTO are the alter egos of Bronstein, and/or one or more of the Doe Defendants, and that Bronstein is personally liable for the obligations of  as described below.

## GENERAL ALLEGATIONS

11.    Plaintiff is in the business of selling adult oriented goods and services via the Internet.  Plaintiff's on-line store, "JT's Stockroom" (and the related URLs and websites, www.jtstockroom.com, www.jtsstockroom.com, www.thestockroom.com,

ALLAN B. GELBARD, ESQ.
15760 Ventura Boulevard, Suite 801 Encino, CA 91436
Tel (818)386-9200 - Fax (818)386-9289

The Stockroom, Inc., v. Bronstein, et al
Complaint for Damages

and www.stockroom.com (the "JT's Stockroom URLs")) is one of the oldest and largest on-line providers of BDSM products, clothing, adult novelties and instructional books and audio/visual productions and is widely known and respected in the trade.

12.    The "JT" in JT's Stockroom refers to Plaintiff's founder and CEO, Joel Tucker ("Tucker") who is the registered owner of the trademarks in question.  Tucker initially did business exclusively under the main mark "JT's Stockroom" and the related marks and URLs were registered and developed concurrently and/or subsequently to prevent deceptively similar marks being used in the marketplace.

13.    Plaintiff is the holder of exclusive rights under federally registered trademarks (the "Trademarks") pertaining to its business including but not limited to:

A)    "JT's Stockroom" Reg # 2930354 - Registered March 8, 2005 in International Class 035, US Classes 100 101 102 for "On-line catalog, ordering and retail store services, featuring adult entertainment and adult novelties, prerecorded video tapes, DVDs, books, adult toys and novelties, underwear, lingerie, erotic clothing and costumes."

B)    "Stockroom.com" Reg # 2935888 - Registered March 29, 2005 in International Class 035, US Classes 100 101 102 for "Mail order catalog, computerized online ordering and retail store services featuring adult entertainment and adult novelties, prerecorded video tapes, DVDs, books adult toys and novelties."

C)    "Stockroom" Reg # 2964720 - Registered July 5, 2005  in International Class 035, US Classes 100 101 102 for "Mail order

ALLAN B. GELBARD, ESQ.
15760 Ventura Boulevard, Suite 801 Encino, CA 91436
Tel (818)386-9200 - Fax (818)386-9289

The Stockroom, Inc., v. Bronstein, et al
Complaint for Damages

catalog, computerized online ordering and retail store services featuring adult entertainment and adult novelties, prerecorded videotapes, DVDs, books, adult toys and novelties."

D)    "The Stockroom" Reg # 3410814 - Registered April 8, 2008 in International Class 14, US Classes 002 027 028 050 for Jewelry, namely chains, amulets, rings, studs and bracelets; and International Class 25, US Classes 022 039 for Clothing, namely, fetish wear, namely, leather, rubber and PVC underwear, pants, shirts, dresses, stockings and hats; underwear; corsets; shirts; gloves; skirts; stockings and pants.

14.    Plaintiff has made and continues to make substantial investments of time, effort and expense in the production, manufacturing, marketing and branding of its business and products.

15.    Plaintiff is an integral participant in creating and maintaining the look and quality of the websites, as well as the goods and services offered thereby.

16.    Plaintiff is the author and creator of numerous original audiovisual, textual and photographic works which are employed on the websites (the "Works"). These Works are of the highest quality and Plaintiff exercises the utmost creative control and production/post production oversight to insure that these Works retain their distinctive character and quality.  The Works, and the websites,  contain wholly original material which is copyrightable subject matter under the laws of the United States.

ALLAN B. GELBARD, ESQ.
15760 Ventura Boulevard, Suite 801 Encino, CA 91436
Tel (818)386-9200 - Fax (818)386-9289

The Stockroom, Inc., v. Bronstein, et al
Complaint for Damages

17.   Plaintiff has, at all times relevant hereto, complied in all respects with the Copyright Act, 17 U.S.C. §§ 101, *et seq.*, and secured the exclusive rights and privileges in and to the copyrights in and to these Works.

18.   Plaintiff has not authorized Defendants to copy, reproduce, manufacture, duplicate, disseminate or distribute copies of the Works, or to employ the Trademarks or deceptively similar marks, nor have Defendants obtained licenses to do so from any legitimate third party.

19.   Plaintiff is informed and believes and thereupon alleges that Defendants are in the business of, among other things, distributing goods and services that directly compete with Plaintiff's business.

20.   Plaintiff is informed and believes and thereupon alleges that Defendants commenced operation at some time on or around March 15, 2007 at which time Defendants had actual knowledge of Plaintiff's business, reputation and trademarks.

21.   In or about July, 2008, Plaintiff ascertained that Defendants were employing the deceptively similar Internet URL www.JTOutlet.com to market directly competing goods and services. Additionally, Plaintiff's review of the JTOutlet website revealed that Defendants had employed one or more copyrighted photographs belonging to Plaintiff (and included in Plaintiff's Works) on the website.

22.   Plaintiff is informed and believes, and thereupon alleges that the goods and/or services being marketed by Defendants under their deceptively similar URL and through the use of Plaintiff's Works are of inferior grade and quality to Plaintiff's goods and services.

ALLAN B. GELBARD, ESQ.
15760 Ventura Boulevard, Suite 801 Encino, CA 91436
Tel (818)386-9200 - Fax (818)386-9289

The Stockroom, Inc., v. Bronstein, et al
Complaint for Damages

23. Plaintiff is informed and believes, and thereupon alleges that Bronstein personally devised, and carried out a scheme to employ the "www.JTOutlet.com" mark and URL which he knew was deceptively similar to Plaintiff's "JT's Stockroom" federally registered trademark and Plaintiff's www.JTStockroom.com and www.JTsStockroom.com URLs and marks in an effort to unlawfully capitalize on Plaintiff's goodwill and reputation for quality goods and services and to intentionally confuse the general public into believing that www.JTOutlet.com was affiliated with Plaintiff.

24. Commencing in or about July of 2008, Plaintiff advised Defendants of the unlawful nature of their activities and demanded that Defendants cease and desist from further infringement of Plaintiffs Works and Trademarks.  Defendants have refused to comply with Plaintiff's demands and continue to infringe on Plaintiff's rights as of the date of the filing of this Complaint.

## FIRST CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT - 17 U.S.C. §§ 101 *ET SEQ*

25. Plaintiff  re-alleges all facts included or inferred in Paragraphs 1 - 24, inclusive, above.

26. At some time between March 15, 2007 and the date of this Complaint, Defendants illegally employed not less than one of Plaintiff's copyrighted Works on its infringing website located at www.JTOutlet.com.

27. The title of the specific photograph is "Gloves" and a copy of said Work is attached hereto as Exhibit 1.

ALLAN B. GELBARD, ESQ.
15760 Ventura Boulevard, Suite 801 Encino, CA 91436
Tel (818)386-9200 - Fax (818)386-9289

The Stockroom, Inc., v. Bronstein, et al
Complaint for Damages

28.    A screen capture of Defendants' website unlawfully exploiting the copyrighted photograph "Gloves" is attached as Exhibit 2.

29.    Plaintiff is informed and believes and thereupon alleges that Defendants copied the copyrighted Work "Gloves" directly from Plaintiff's website.

30.    Plaintiff is informed and believes, and thereupon alleges that Defendants have published the infringing Work in and into the United States and the Central District of California.

31.    Neither Plaintiff nor any bona fide third party has granted Defendants (or any of them) any rights to produce copies of, and/or to distribute copies of Plaintiff's Works, in whole or in part.

32.    Defendants' actions constitute an intentional  infringement of the Plaintiff's copyrights, and Plaintiff's exclusive rights therein.

33.    Plaintiff hereby reserves the right,  pursuant to 17 U.S.C. § 504(c),  to elect to recover, instead of actual damages, statutory damages in an amount not more than one hundred fifty thousand dollars ($150,000.00) for each of the Works which has been copied and/or infringed by Defendants.

34.    As Defendants' infringement was intentional, Plaintiff is entitled to an award of statutory and exemplary damages, attorney's fees and costs of suit.

///

///

///

ALLAN B. GELBARD, ESQ.
15760 Ventura Boulevard, Suite 801 Encino, CA 91436
Tel (818)386-9200 - Fax (818)386-9289

## SECOND CAUSE OF ACTION
## UNFAIR COMPETITION - 15 U.S.C. § 1125

35.     Plaintiff  re-alleges all facts included or inferred in Paragraphs 1 - 34, inclusive, above.

36.     Plaintiff's trade name, "JT's Stockroom" is inherently distinctive.

37.     Plaintiff's trade name, "JT's Stockroom" has acquired a secondary meaning through Plaintiff's long term use of the name, their efforts to promote the sales of their productions and their efforts to generate and protect the goodwill of their name.  As a result of Plaintiff's efforts, a significant portion of the market has come to associate the name "JT's Stockroom" exclusively with Plaintiff and their goods and services.

38.     Plaintiff is the holder of federally registered trademark number "JT's Stockroom" Reg # 2930354 for "On-line catalog, ordering and retail store services, featuring ... adult toys and novelties, underwear, lingerie, erotic clothing and costumes."

39.     Plaintiff includes the "JT's Stockroom" logos and marks on its website and promotional products.

40.     Nearly all of the categories of goods sold by Defendants on their website, which employs the JTOutlet URL, is included in the categories of goods and services for which Plaintiff has exclusive Trademark rights.

41.     Plaintiff has, at all times relevant hereto, taken care to enforce its mark and to prevent third parties from infringing thereon.

ALLAN B. GELBARD, ESQ.
15760 Ventura Boulevard, Suite 801 Encino, CA 91436
Tel (818)386-9200 - Fax (818)386-9289

The Stockroom, Inc., v. Bronstein, et al
Complaint for Damages

ALLAN B. GELBARD, ESQ.
15760 Ventura Boulevard, Suite 801 Encino, CA 91436
Tel (818)386-9200 • Fax (818)386-9289

42.     Plaintiff has, at all times relevant hereto, exercised significant control over the quality of its goods and services in order to maintain the overall quality of the goods and the value of JT's Stockroom's goods and services.

43.     Defendants' unlawful sale of competitive but inferior goods through use of the deceptively similar JTOutlet.com URL constitutes an intentional and unlawful use of  Plaintiff's names, marks and trademark.  Said misuse constitutes a  false designation of origin, and is likely to cause confusion, to cause mistake, and to deceive the public as to the origin of these goods.

44.     Defendants' unlawful infringement of Plaintiff's trademark was made in connection with Defendants' sale of goods in direct competition with Plaintiff.

45.     Plaintiff is informed and believes, and thereupon alleges that said misuse has actually caused numerous customers of Plaintiff, members of the trade, and end users, to suffer confusion, mistake, and/or to be deceived as to the origin and authenticity of these goods and/or services.

46.     As a result of Defendants' wrongful conduct, Plaintiff has suffered damages including but not limited to loss of earnings and goodwill, in an amount to be proven at trial, but in no case less than one million dollars ($1,000,000.00).

47.     As Defendants' conduct was an intentional infringement of Plaintiff's federally registered trademark, undertaken to unfairly compete with Plaintiff's business,  Plaintiff is entitled to an award of statutory penalties including treble damages, attorney's fees and costs of suit.

The Stockroom, Inc., v. Bronstein, et al
Complaint for Damages

### THIRD CAUSE OF ACTION
### UNFAIR COMPETITION
### CALIFORNIA BUSINESS AND PROFESSIONS CODE § 17200 *ET SEQ*.

48.    Plaintiff  re-alleges all facts included or inferred in Paragraphs 1 - 47, inclusive, above.

49.    Defendants intentionally sold competing but inferior goods employing the deceptively similar marks into the State of California in an effort to gain a financial windfall through unlawfully competing with Plaintiff.  Defendants' activities constitute unlawful, unfair and fraudulent business practices and unfair, deceptive, untrue and misleading advertising.

50.    Defendants' actions are likely to cause confusion, mistake and deception in the minds of Plaintiff's customers, members of the trade, and the general public as to the origin and/or sponsorship of Defendants' good and/or services.

51.    As a result of Defendants' wrongful conduct, Plaintiffs have suffered damages, including but not limited to loss of earnings and goodwill, in an amount to be proven at trial, but in no case less than one million dollars ($1,000,000.00).

52.    As Defendants' unlawful business practices included an intentional infringement of Plaintiff's federally registered trademark, Plaintiff is entitled to an award of statutory penalties including treble damages,  attorneys' fees and costs of suit.

///

///

///

ALLAN B. GELBARD, ESQ.
15760 Ventura Boulevard, Suite 801 Encino, CA 91436
Tel (818)386-9200 • Fax (818)386-9289

The Stockroom, Inc., v. Bronstein, et al
Complaint for Damages

# FOURTH CAUSE OF ACTION
## STATE TRADEMARK AND TRADE NAME INFRINGEMENT
### (Ca. B&P § 14300 et seq.)

53.     Plaintiff  re-alleges all facts included or inferred in Paragraphs 1 - 52, inclusive, above.

54.     Plaintiff uses the mark "JT's Stockroom" to identify goods made and sold by them and to distinguish them from goods made or sold by others.

55.     Plaintiff uses "JT's Stockroom" to identify its business, vocation or occupation and distinguish it from the business, vocation or occupation of others.

56.     Defendants have wrongfully, and without permission from Plaintiff, employed a deceptively similar mark (JTOutlet) to sell inferior goods into the State of California.

57.     Defendants have infringed upon Plaintiff's trademark and trade name by selling inferior goods as authentic "JT's Stockroom" goods.

58.     As a result of Defendants' wrongful conduct, Plaintiff has suffered damages including but not limited to loss of earnings and goodwill, in an amount to be proven at trial, but in no case less than one million dollars ($1,000,000.00).

59.     Defendants' acts constitute oppression, fraud or malice, as those terms are defined in California Civil Code § 3294.  Therefore, Plaintiff is entitled to exemplary damages.

The Stockroom, Inc., v. Bronstein, et al
Complaint for Damages

1

## FIFTH CAUSE OF ACTION
## DILUTION

2

3       60.    Plaintiff  re-alleges all facts included or inferred in Paragraphs 1 - 59,

4    inclusive, above.

5

6       61.    As a result of Defendants' wrongful acts, Plaintiff has suffered and

7    continues to suffer dilution to the value of its business, trademark and trade name in an

8    amount not presently ascertained but which shall be proven at trial.

9

10

## SIXTH CAUSE OF ACTION
## ACCOUNTING

11

12

13       62.    Plaintiff  re-alleges all facts included or inferred in Paragraphs 1 - 61,

14    inclusive, above.

15

16       63.    Plaintiff is entitled to a complete disgorgement of all revenues earned by

17    Defendants as a result of their intentional and unlawful infringement of Plaintiff's

18    copyrights and trademarks.

19

20

## SEVENTH CAUSE OF ACTION
## INJUNCTIVE RELIEF

21

22       64.    Plaintiff  re-alleges all facts included or inferred in Paragraphs 1 - 63,

23    inclusive, above.

24

25       65.    Defendants' acts of unfair competition, trademark infringement, and

26    copyright infringement have caused Plaintiff to suffer severe and irreparable harm for

27    which there is no adequate remedy at law.

28

ALLAN B. GELBARD, ESQ.
15760 Ventura Boulevard, Suite 801 Encino, CA 91436
Tel (818)386-9200 - Fax (818)386-9289

The Stockroom, Inc., v. Bronstein, et al
Complaint for Damages

66.    Plaintiff is informed and believes and thereupon alleges that absent an order from this Court, Defendants will continue their acts of unfair competition, unfair business practices, trademark infringement and copyright infringement.  Said acts will cause Plaintiff to suffer continuing damages for which there are no adequate remedies at law.

67.    Plaintiff is entitled to temporary, preliminary and permanent injunctive relief to enjoin any further such acts on behalf of Defendants, or any party or entity acting in consort with them.

**WHEREFORE; PLAINTIFF PRAYS**:

68.    That the Court issue a Temporary Restraining Order enjoining Defendants and their respective agents, employees, successors and assigns, and all other persons acting in concert with them, from:

     A)    Employing the JTOutlet mark (including but not limited to use in the URL www.JTOutlet.com)  and any other deceptively similar mark(s) to JT's Stockroom® to sell good in International Class  035 including adult entertainment and adult novelties, prerecorded video tapes, DVDs, books, adult toys and novelties, underwear, lingerie, erotic clothing and costumes; and,

     B)    Erasing, deleting, altering or destroying any documents, electronic files or business records that pertain to the purchase, sale, and/or distribution of any goods in International Class 35 through use of the JTOutlet mark.

ALLAN B. GELBARD, ESQ.
15760 Ventura Boulevard, Suite 801 Encino, CA 91436
Tel (818)386-9200 - Fax (818)386-9289

The Stockroom, Inc., v. Bronstein, et al
Complaint for Damages

69.     That the issue Preliminary and Permanent injunctive relief in accordance with the Order requested in Paragraph 68 above.

70.     That Defendants be required to pay to Plaintiff's actual damages proximately resulting from Defendants' copyright infringement, trademark infringement and unfair competition; and,

71.     That Defendants  account for:

A)     All gains, profits and advantages derived by Defendants by said unfair competition, unfair business practices, and trademark infringement; and,

B)     All gains, profits, and advantages derived by Defendants by their infringement of Plaintiff's copyrights or such damages as to this Court shall deem proper within the provisions of the copyright statutes, up to $150,000.00 for each of Plaintiff's Works which was intentionally and unlawfully infringed by Defendants; and,

72.     For statutory and/or exemplary damages, as awarded by this Court; and,

73.     That Defendants be required to deliver up to be impounded during the pendency of this action all copies of Plaintiff's Works, in any format, in Defendants' possession or under their control and to deliver up for destruction all infringing copies and all audiovisual masters, photographic masters, plates, molds, equipment and other matter for making such infringing copies.

ALLAN B. GELBARD, ESQ.
15760 Ventura Boulevard, Suite 801 Encino, CA 91436
Tel (818)386-9200 - Fax (818)386-9289

The Stockroom, Inc., v. Bronstein, et al
Complaint for Damages

74.     That Defendants pay to Plaintiff reasonable attorney's fees pursuant to 17 U.S.C. § 505 and 15 U.S.C. § 1117(a).

75.     That Defendants pay to Plaintiff the costs of this action; and,

76.     For such additional and further relief which this Court deems just and proper.

## DEMAND FOR JURY TRIAL

PLAINTIFF hereby respectfully demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

Dated: this 18th day of September, 2008.

THE LAW OFFICES OF ALLAN B. GELBARD

Allan B. Gelbard, Esq.
Attorney for Plaintiff
The Stockroom, Inc.

ALLAN B. GELBARD, ESQ.
15760 Ventura Boulevard, Suite 801 Encino, CA 91436
Tel (818)386-9200 - Fax (818)386-9289

The Stockroom, Inc., v. Bronstein, et al
Complaint for Damages

Exhibit 1



©2004 Stockroom.com

Exhibit 2



Rubber Latex Long Opera Gloves (Spandex, Shiny)...

JT OUTLET.com
THINGS ONLY YOURSELF! masks, fetish, novelty, lingerie

Log in | Wholesaler | Contact Us |

novelty $ave
with our LOW PRICES

AVN REVIEWED

GALLERY

Home :: Accessories :: Rubber Latex Long Opera Gloves (Spandex, Shiny)

**Categories**
Male Latex Rests
Collage Masks
Rubber Fetish Masks
Character Masks
Hoses/Skins
Latex - Mens
Latex - Womens
Lingerie
PVC / Latex Outfits
Accessories
Sex Toys

**New Products ...**
**Featured Products ...**
All Products ...

**Manufacturers**

**Featured [more]**

Accessories

larger image

Rubber Latex Long Opera Gloves (Spandex, Shiny)

$34.99

Model: LATEXGLOVES3
In Stock
Manufactured by: Jenny Landis

Long latex rubber gloves covering the whole hand and fingers also.

ADD TO CART

**Manufacturer Info**
Jenny Landis
Homepage
Other products

**Notifications**
Notify me of updates to Rubber Latex Long Opera Gloves (Spandex, Shiny)

**Tell A Friend**
Tell someone you know about this product.

**Who's Online**
There are currently are 4 shoppers online.

**Information**
Sale: $29.34
Save: 25% off

Rubber Mask
Sale: $25.34
Save: 25% off

Rubber Latex Material

Size: small

Made in China

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge James V. Selna and the assigned discovery Magistrate Judge is Marc Goldman.

The case number on all documents filed with the Court should read as follows:

## SACV08- 1049 JVS (MLGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=======================================================================

## NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [X] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

THE STOCKROOM, INC., a
California corporation,

            Plaintiff

vs.

SERGE BRONSTEIN, an individual;
JENNY LANDIS PRODUCTIONS, a
business entity of unknown form;
WWW.JTOUTLET.COM, a business
entity of unknown form; and DOES 1-
20, INCLUSIVE,

            Defendants

**CASE NUMBER**

## SACV08- 1049 JVS

## SUMMONS

TO THE ABOVE NAMED DEFENDANT(S), You are hereby summoned and required to file with this court and serve upon plaintiff's attorney, Allan B. Gelbard, Esq. whose address is:

Law Offices of Allan B. Gelbard
15760 Ventura Blvd., Suite 801
Encino, California 91436
Tel: (818)386-9200 - Fax:(818)386-9289

an answer to the Complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

DATE: SEP 1 9 2008

CLERK, U.S. DISTRICT COURT

By LA'REE HORN
                    Deputy Clerk
                    (Seal of the Court)

## SUMMONS

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) <br> The Stockroom, Inc. | DEFENDANTS <br> Serge Bronstein, Jenny Landis Productions, www.jtoutlet.com, and Does 1-10. Inclusive |
|---|---|
| (b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): <br> Los Angeles, CA | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): <br> Fullerton, CA |
| (c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br> Allan B. Gelbard, Esq. <br> Law Offices of Allan B. Gelbard <br> 15760 Ventura Blvd., Suite 801 <br> Encino, CA 91436 <br> T(818)386-9200 F(818)386-9289 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☒ No          ☒ **MONEY DEMANDED IN COMPLAINT: $** 150,000+

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Trademark Infringement (15 U.S.C. § 1117); Unfair Competition (15 U.S.C. § 1125); Copyright Infringement (17 U.S.C. § 501); State Unfair Competition (Ca. B&p § 17200)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS <br> PERSONAL INJURY | TORTS <br> PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 810 Selective Service | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | BANKRUPTCY | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 850 Securities/Commodities /Exchange | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 891 Agricultural Act | | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 892 Economic Stabilization Act | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 442 Employment | | SOCIAL SECURITY |
| ☐ 894 Energy Allocation Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 895 Freedom of Information Act | REAL PROPERTY | | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 210 Land Condemnation | | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| | ☐ 220 Foreclosure | | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 890 Other Statutory Actions | ☐ 240 Torts to Land | | | | FEDERAL TAX SUITS |
| | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No   ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:**   Case Number: _____

SACV08-1049

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM JS-44C, COMPLETE THE INFORMATION REQUESTED BELOW.

VIII(b).  **RELATED CASES:** Have any cases been previously filed that are related to the present case? ☒ No    ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)    ☐ A.  Appear to arise from the same or substantially identical transactions, happenings, or events;

☐ B.  Involve the same or substantially the same parties or property;

☐ C.  Involve the same patent, trademark or copyright;

☐ D.  Call for determination of the same or substantially identical questions of law, or

☐ E.  Likely for other reasons  may entail unnecessary duplication of labor if heard by different judges.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
Los Angeles, CA

List the California County, or State if other than California, in which **EACH** named defendant resides.  (Use an additional sheet if necessary).
☐  Check here if the U.S. government, its agencies or employees is a named defendant.
Fullerton, CA

**List the California County**, or  State if other than California, in which **EACH** claim arose.  (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.
Los Angeles, CA

X.  SIGNATURE OF ATTORNEY (OR PRO PER):                                                Date _____ 9/18/08

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program.  (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |