1  ALLAN B. GELBARD, ESQ.
   THE LAW OFFICES OF ALLAN B. GELBARD
2  15760 Ventura Boulevard, Suite 801
   Encino, CA 91436
3  Tel:(818)386-9200
   Fax:(818)386-9289
4  Bar # 184971

5  Attorney for Plaintiff
   The Stockroom, Inc.

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STOCKROOM, INC., a California corporation,<br><br>　　　　Plaintiff<br><br>vs.<br><br>SERGE BRONSTEIN, an individual; JENNY LANDIS PRODUCTIONS, a business entity of unknown form; WWW.JTOUTLET.COM, a business entity of unknown form; and DOES 1-10, INCLUSIVE,<br><br>　　　　Defendants | **CASE NO: SACV08-1049 JVS(MLGx)**<br><br>[Proposed]<br><br>**ORDER GRANTING PRELIMINARY INJUNCTION** |

After considering the evidence and arguments of the Parties, and good cause having been show, **IT IS HEREBY ORDERED:**

That Defendants SERGE BRONSTEIN, JENNY LANDIS PRODUCTIONS, WWW.JTOUTLET.COM and other persons acting in consort with them are PRELIMINARILY ENJOINED, during the pendency of this action, from:

1) Infringing on Plaintiff The Stockroom, Inc's Copyrighted Works; and,

2) Infringing on Plaintiff The Stockroom, Inc's federally registered trademarks, including but not limited to JT's Stockroom (Registration Number 2,930,354) through:

    a) further use of the URL www.jtoutlet.com; and,

    b) the continued publication, via the internet, of the website located at www.jtoutlet.com unless and until the name and branding of the website is altered in a manner approved, in writing, by Plaintiff.

**IT IS SO ORDERED**

Dated: _____

_____
United States District Court Judge

[Proposed] Order prepared by:
Allan B. Gelbard, Esq.
The Law Offices of Allan B. Gelbard
15760 Ventura Boulevard, Suite 801
Encino, CA 91436
Tel:(818)386-9200
Bar # 184971