A<small>LLAN</small> B. G<small>ELBARD</small>, E<small>SQ</small>.
T<small>HE</small> L<small>AW</small> O<small>FFICES OF</small> A<small>LLAN</small> B. G<small>ELBARD</small>
15760 Ventura Boulevard, Suite 801
Encino, CA 91436
Tel:(818)386-9200
Fax:(818)386-9289
Bar # 184971

Attorney for Plaintiff
The Stockroom, Inc.

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STOCKROOM, INC., a California corporation,<br><br>Plaintiff<br><br>vs.<br><br>SERGE BRONSTEIN, an individual; JENNY LANDIS PRODUCTIONS, a business entity of unknown form; WWW.JTOUTLET.COM, a business entity of unknown form; and DOES 1-10, INCLUSIVE,<br><br>Defendants | **CASE NO: SACV08-1049 JVS(MLGx)**<br><br>**PRELIMINARY INJUNCTION** |

After considering the evidence and arguments of the Parties, and good cause having been show, **IT IS HEREBY ORDERED:**

That Defendants SERGE BRONSTEIN, JENNY LANDIS PRODUCTIONS, WWW.JTOUTLET.COM and other persons acting in consort with them are PRELIMINARILY ENJOINED, during the pendency of this action, from:

-1-

The Stockroom, Inc., v. Bronstein, et al
ORDER re Preliminary Injunction

1) Infringing on Plaintiff The Stockroom, Inc's Copyrighted Works; and,

2) Infringing on Plaintiff The Stockroom, Inc's federally registered trademarks, including but not limited to JT's Stockroom (Registration Number 2,930,354) through:

    a) further use of the URL www.jtoutlet.com; and,

    b) the continued publication, via the internet, of the website located at www.jtoutlet.com unless and until the name and branding of the website is altered in a manner approved, in writing, by Plaintiff or the Court.

3) This injunction shall not go into effect until Plaintiff The Stockroom, Inc. post a bond in the amount of $5,000.

**IT IS SO ORDERED**

Dated: December 9, 2008

*[signature]*

United States District Court Judge

[Proposed] Order prepared by:

Allan B. Gelbard, Esq.
The Law Offices of Allan B. Gelbard
15760 Ventura Boulevard, Suite 801
Encino, CA 91436
Tel:(818)386-9200
Bar # 184971