ALLAN B. GELBARD, ESQ.
THE LAW OFFICES OF ALLAN B. GELBARD
15760 Ventura Boulevard, Suite 801
Encino, CA 91436
Tel:(818)386-9200
Fax:(818)386-9289
Bar # 184971

Attorney for Plaintiff
The Stockroom, Inc.

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STOCKROOM, INC., a California corporation,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>SERGE BRONSTEIN, an individual; JENNY LANDIS PRODUCTIONS, a business entity of unknown form; WWW.JTOUTLET.COM, a business entity of unknown form; and DOES 1-10, INCLUSIVE,<br><br>　　　　　Defendants | **CASE NO: SACV08-1049 JVS(MLGx)**<br><br>**ORDER TO SHOW CAUSE RE CONTEMPT**<br><br>Date:　　　January 9, 2009<br>Time:　　　1:30 P.M.<br>Courtroom: 10C<br><br>Assigned to the Honorable<br>James V. Selna |

Based on the Application of Plaintiff, The Stockroom, Inc., and good cause having been sown, IT IS HEREBY ORDERED:

That on January 9, 2009, at 1:30pm Defendant Serge Bronstein is ORDERED TO SHOW CAUSE why he should not be held in Contempt for violating the Court's Preliminary Injunction issued on December 8. 2008.

1  Any filings by Defendant Serge Bronstein to be considered by the Court on this
2  matter shall be filed and served no later than December 29, 2008.

4  Any responsive filings by Plaintiff to be considered by the Court on this matter
5  shall be filed and served no later than noon January 5, 2009.

7  IT IS SO ORDERED.

9  Dated: December 18, 2008

*[signature]*
United States District Court Judge

Proposed Order prepared by:
Allan B. Gelbard, Esq.,
THE LAW OFFICES OF ALLAN B. GELBARD
15760 Ventura Boulevard, Suite 801
Encino, CA 91436
Tel:(818)386-9200
Fax:(818)386-9289
Bar # 184971
Attorney for Plaintiff
The Stockroom, Inc.