## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 08-01049 JVS (MLGx) | Date | March 3, 2009 |
|---|---|---|---|

| Title | The Stockroom Inc. v. Serge Bronstein, et al. |
|---|---|

| Present: The Honorable | James V. Selna | |
|---|---|---|
| Karla J. Tunis | | Not Present |
| Deputy Clerk | | Court Reporter |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**  (In Chambers)  <u>Order Granting Fees Award re Contempt</u>

Plaintiff The Stockroom, Inc. ("Stockroom") seeks $3,225 in attorney fees pursuant the Court's January 9, 2009 Order holding defendants Serge Bronstein, <u>et al.</u> (collectively, "Bronstein") in contempt.  In the Ninth Circuit, the <u>Hanlon</u> lodestar calculation guides the determination of whether a fee award is reasonable.  <u>Hanlon v. Chrysler Corp.</u>, 150 F.3d 1011, 1029 ("The lodestar calculation begins with the multiplication of the number of hours reasonably expended by a reasonable hourly rate. The hours expended and the rate should be supported by adequate documentation and other evidence . . . .").

Counsel represents that his billing rates are lower than what is customarily charged by other attorneys with similar expertise in the industry of adult-oriented business issues involving First Amendment, Intellectual Property, transactional agreements and civil litigation.  (Gelbard Decl. ¶ 3.)  Counsel also offers billing records documenting the number of hours that were billed in opposing Bronstein's frivolous motions.  (<u>Id.</u>, Ex. 1.) The records indicate that Counsel incurred 8.6 hours of legal time at $375 per hour for a total of $3,225.00.  (<u>Id.</u> ¶ 5.)

Accordingly, counsel for Stockroom has made its requisite loadstar showing, and the Court finds no reason to adjust this amount.  Notably, Bronstein has been previously sanctioned.  (Docket No. 56.)  Bronstein, having been found in contempt, shall pay to Stockroom $3,225 as sanctions no later than 30 days from the entry of this Order.

| | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | kjt | |