ALLAN B. GELBARD, ESQ.
THE LAW OFFICES OF ALLAN B. GELBARD
15760 Ventura Boulevard, Suite 801
Encino, CA 91436
Tel:(818)386-9200
Fax:(818)386-9289
E-Mail: xxxesq@aol.com
Bar # 184971

Attorney for Plaintiff
The Stockroom, Inc.

Enter JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUN 17 2009
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STOCKROOM, INC., a California corporation,<br><br>　　　　Plaintiff<br><br>vs.<br><br>SERGE BRONSTEIN, an individual; JENNY LANDIS PRODUCTIONS, a business entity of unknown form; WWW.JTOUTLET.COM, a business entity of unknown form; and DOES 1-10, INCLUSIVE,<br><br>　　　　Defendants | CASE NO: SACV08-1049 JVS(MLGx)<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE**<br><br>[Proposed] **ORDER DISMISSING CASE**<br><br>Date:　　　N/A<br>Time:　　　N/A<br>Courtroom: 10C<br><br>Assigned to the Honorable James V. Selna |

　　　The Parties hereto having satisfactorily resolved their dispute(s), Plaintiff The Stockroom, Inc., through counsel, hereby requests the Court dismisses this action, with prejudice, against all named defendants herein.

| | | |
|---|---|---|
| 1 | Dated 06/17/09 | The Law Offices of Allan B. Gelbard |
| 2 | | |
| 3 | | s/Allan B. Gelbard, Esq.<br>Allan B. Gelbard, Esq. |
| | | Attorney for Plaintiff |
| 4 | | John Stagliano, Inc., dba EA Productions |

**ORDER**

Based upon the request of Plaintiff, the Court hereby ORDERS this matter Dismissed with prejudice.

Dated this ___18th___ day of June, 2009

James V. Selna
United States District Judge

Presented by:

Allan B. Gelbard, Esq.
The Law Offices of Allan B. Gelbard
15760 Ventura Boulevard, Suite 801
Encino, CA 91436
Tel:(818)386-9200
XXXEsq@aol.com